## STATE OF CONNECTICUT *v.* JAMES JETER
(14688)

Dupont, C. J., and Foti and Lavery, Js.

Argued March 21—officially released April 23, 1996

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* JAY HOWARD MCCOLLUM
(14041)

Dupont, C. J., and Foti and Lavery, Js.

Argued March 21—officially released April 23, 1996

Per Curiam. The judgment is affirmed.

## DONNA DENEHY ET AL. *v.* INLAND WETLANDS AND WATERCOURSES COMMISSION OF THE TOWN OF BURLINGTON ET AL.
(14332)

Dupont, C. J., and O'Connell and Lavery, Js.

Argued March 20—officially released April 23, 1996

Per Curiam. The judgment is affirmed.

## PASQUALE MELITO *v.* CHARLES ANNICELLI, JR.
(14354)

O'Connell, Lavery and Heiman, Js.

Argued March 20—officially released April 23, 1996

Per Curiam. The judgment is affirmed.